Jason R. Hull [11202]
jhull@mohtrial.com
**MARSHALL OLSON & HULL, PC**
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: 801.456.7655

Gary M. Klinger*
gklinger@milberg.com
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878

*Attorneys for Plaintiff and*
*the Putative Class*

**Pro Hac Vice* Forthcoming

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| RALPH MADDOX, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PROG LEASING, LLC, a Delaware limited liability company doing business as PROGRESSIVE LEASING,<br><br>Defendant. | **NOTICE OF FILING OF MOTION**<br>**TO CONSOLIDATE**<br><br>Case No. 2:23-cv-797-DAO |

Pursuant to DUCivR42-1(b), Plaintiff Ralph Maddox ("Plaintiff") hereby gives notice that the plaintiff in *Dreger v. Progressive Leasing*, D. Utah Case No. 2:23-cv-00783 (the "First Action"), has filed a motion to consolidate this case into the First Action.

1

Dated this 19th day of December, 2023.

        **MARSHALL OLSON & HULL, PC**

        By:   *Jason R. Hull*
              Jason R. Hull [11202]

        **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**
            Gary M. Klinger

        *Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system to all counsel of record.

/s/ Jason R. Hull